IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JORDAN A. WATSON,<br><br>    *Plaintiff,*<br><br>v.<br><br>STATE OF GEORGIA,<br><br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**5:24-cv-00014-TES-CHW** |

ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and

Recommendation (R&R) [Doc. 3] regarding pro se Plaintiff Jordan A. Watson's Motion

Under 28 U.S.C. § 2255 [Doc. 1]. Plaintiff did not file an objection to the R&R within the

14-day period prescribed by 28 U.S.C. § 636(b)(1)(C), so the Court reviews it for clear

error. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Finding

no error, the Court **ADOPTS** the magistrate judge's R&R [Doc. 3] and **MAKES IT THE**

**ORDER OF THE COURT**.

Accordingly, because this case is duplicative of Plaintiff's pending habeas corpus

petition challenging the same conviction,[1] the Court **DISMISSES** Plaintiff's Motion

Under 28 U.S.C. § 2255 [Doc. 1] **without prejudice**.

---

[1] *See Watson v. Butts County Superior Court*, No. 5:24-cv-00109-MTT-MSH.

**SO ORDERED**, this 21st day of June, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**